

**ORDERED in the Southern District of Florida on October 30, 2012.**

Paul G. Hyman, Chief Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 7 |
| MARINO, JOHN MARK,<br>a/k/a Ronald M. Hunter, | Case No.:  12-32119-PGH |
| Debtor.<br>_____/ | |

### ORDER APPROVING EMPLOYMENT OF TRUSTEE'S ATTORNEY
*(re: DE 13)*

This cause came on before the court upon the Trustee's *Application for Employment of Steven S. Newburgh, Esq.* (DE 13) and the law firm of McLaughlin & Stern, LLP in this case. Upon the representations that Steven S. Newburgh is duly qualified to practice in this court pursuant to Local Rule 2090-11(A), that Steven S. Newburgh and the law firm of McLaughlin & Stern, LLP hold no interest adverse to the estate in the matters upon which they are engaged, that Steven S. Newburgh and the law firm of McLaughlin & Stern, LLP are disinterested persons as

required by 11 U.S.C. Section 327(a), and have disclosed any connections with parties set forth in Bankruptcy Rule 2012 and that their employment is necessary and would be in the best interests of the estate, it is

**ORDERED** that the Trustee is authorized to employ Steven S. Newburgh of the law firm of McLaughlin & Stern, LLP, as attorney for the Trustee, on a general retainer, pursuant to 11 U.S.C. Sections 327 and 330.

###

Submitted by:

Steven S. Newburgh (FBN 348619)
McLAUGHLIN & STERN, LLP.
CityPlace Office Tower – Suite 1530
525 Okeechobee Boulevard
West Palm Beach, FL 33401
Tel:  561-659-4020
Fax:  561-659-4438
Email:  snewburgh@mclaughlinstern.com

*Attorney Newburgh is directed to serve a copy of this order on all interested parties or their counsel and to file the appropriate certificate of service thereupon.*